# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BADEA,<br><br>Defendant. | Case No.: 2:19-cr-00017-APG-VCF<br><br>**ORDER DENYING STIPULATION TO MODIFY PRETRIAL CONDITIONS**<br><br>(Docket No. 44) |

Pending before the Court is the parties' stipulation to modify Defendant John Badea's conditions of pretrial release. Docket No. 44.

The parties ask the Court to modify Defendant's conditions of pretrial release to allow him to travel between Nevada and California. The parties fail, however, to indicate whether Defendant has been compliant with his conditions to date. Further, the parties fail to include the opinion of Defendant's Pretrial Services Officer regarding this request. Finally, the stipulation submits that Defendant "is to self-supervise" without explaining what that means and whether his Pretrial Services Officer agrees with it.

Accordingly, the parties' stipulation to modify conditions of pretrial release, Docket No. 44, is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: August 23, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE