# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-017-APG-VCF |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| JOHN BADEA, | |
| Defendant. | |

This Court finds John Badea pled guilty to Counts 1, 6, and 11 of a 17-Count Criminal Indictment charging him in Count 1 with conspiracy to commit mail fraud in violation of 18 U.S.C. §§ 1341 and 1349; in Count 6 with mail fraud in violation of 18 U.S.C. § 1341; and in count 11 with aggravated identity theft in violation of 18 U.S.C. §§ 1028A(a)(1) with 1028A(c)(5) and 1341. Criminal Indictment, ECF No. 19; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds John Badea agreed to the imposition of the in personam criminal forfeiture money judgment of $146,311.27 set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 19; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

The in personam criminal forfeiture money judgment is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1341, a specified unlawful activity as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B), or 18 U.S.C. § 1349, conspiracy to commit such offense and (2) any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. §§ 1028A(a)(1) with 1028A(c)(5) and 1341, a specified unlawful activity as defined in

18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B), or 18 U.S.C. § 1349, conspiracy to commit such offense, and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p).

  This Court finds that John Badea shall pay an in personam criminal forfeiture money judgment of $146,311.27 to the United States of America, not to be held jointly and severally liable with any codefendants and the collected money judgment amount between the codefendants is not to exceed $149,101.26 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

  This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

  The in personam criminal forfeiture money judgment complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America recover from John Badea an in personam criminal forfeiture money judgment of $146,311.27.

  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

  DATED __February 18__, 2021.
  Nunc Pro Tunc: December 16, 2020.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on November 23, 2020.

/s/ Heidi L. Skillin<br>
HEIDI L. SKILLIN<br>
FSA Contractor Paralegal