# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN BADEA,

    Defendant.

2:19-CR-017-APG-VCF

**Final Order of Forfeiture**

This Court found that John Badea shall pay the in personam criminal forfeiture money judgment of $146,311.27 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p). Criminal Indictment, ECF No. 19; Plea Agreement, ECF No. 65; Change of Plea, ECF No. 67; Preliminary Order of Forfeiture, ECF No. 70.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amount of $146,311.27 complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from John Badea the in personam criminal forfeiture money judgment of $146,311.27, not to be held jointly and severally liable with any codefendants and the collected money judgment amount between the codefendants is not to exceed

$149,101.26 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED ___June 1_____, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE