**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>JOHN BADEA,<br>Defendant | Case No.: 2:19-cr-00017-APG-VCF-1<br>**CLARIFICATION ORDER** |

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case [ECF 106] on 06/07/2021. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Defendant Badea is to be joint and several with co-defendant, Radu Gal. Therefore, good cause appearing,

IT IS ORDERED that defendants shall make restitution to the following payee(s) listed below:

**Name of Payee:** PAYABLE TO NEVADA UNCLAIMED PROPERTY

**Restitution Amount:** $185,872.73

**Total Amount of Restitution ordered: $185,872.73***

** The Restitution amount of $185,872.73 is joint and several with Radu Gal and does not include any payments receipted by the court.*

DATED this 27th day of July, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE